LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Ave., Suite 100
Chico, CA 95928
Telephone: 530-891-6222

Attorney for Plaintiff
LISA MICHELLE BOICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MICHELLE BOICE, | Case No.: 2:16-CV-02938-TLN-CMK |
| Plaintiff, | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| vs. | Date: October 19, 2017 |
| OFFICE DEPOT; DOES 1 through 50 | Time: 2:00 p.m. |
| | Crtrm: 2, 15th Floor |
| Defendants, | Trial Date: September 10, 2018 |
| _____/ | |

This matter is before the Court pursuant to Plaintiff Lisa Michelle Boice's Motion for Order Modifying Pretrial Scheduling Order. The Court has carefully considered the motion and the submitted declaration and it appears that good cause exists for the requested modification. Therefore, the Court orders as follows:

IT IS ORDERED that the Modification to the Pretrial Scheduling Order, Doc. 5 filed February 17, 2017 is modified as follows:

1. All discovery shall be completed by January 5, 2018.

2. Expert disclosures shall occur simultaneously on February 9, 2018.

3. In all other respects, the existing case schedule shall remain in effect.

Dated: September 20, 2017

_____
Troy L. Nunley
United States District Judge